UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH SOTH,

      Plaintiff,   Case No. 15-13356
                           Hon. Terrence G. Berg

v.

TRANS UNION, LLC ET AL.,

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                      s/Terrence G. Berg
                                      TERRENCE G. BERG
                                      UNITED STATES DISTRICT JUDGE

Dated: October 14, 2015

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served upon the parties of record on October 14, 2015, by electronic means or postal mail.

                                      s/Kelly Winslow
                                      CASE MANAGER GENERALIST